**LAW OFFICES OF ANGELO R. BIANCHI, LLC**
80 Orchard Street
Bloomfield, New Jersey 07003
(973) 680-9900
Attorneys for Defendant, Joan Jaszczult

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 07-67 (SRC) |
| vs. | **CONSENT ORDER** |
| JOAN JASZCZULT, | |
| Defendant. | |

      The above-captioned matter, having concluded and upon the defendant, Joan Jaszczult, having been sentenced, and the defendant being entitled to the release of her bail monies, and upon the consent of the co-signor on the surety, and there being a garnishment order to be paid from the bail, it is on this day;

      **ORDERED** that, as per the Garnishee Order entered on March 24, 2008, the sum of $45,248.99 be paid from the bail to satisfy defendant's obligation to the United States of America pursuant to the Court judgment in Civil No. MISC 04-136.

      **ORDERED** that the remainder of the bail be released in Defendant's name and delivered to the co-signor, George Powell, at the address of 76 Galloway Avenue, Staten Island, N New Jersey, 10302.

      I consent to the contents of this order as the co-signor of the surety.

_____
Michael D. Werner, Esq.

_____
Hon. Stanley R. Chesler

LAW OFFICES OF
# ANGELO R. BIANCHI

80 Orchard Street
Bloomfield, New Jersey 07003

Monmouth County Office:
1340 Highway 36, Suite 31
Hazlet, New Jersey 07730
(732) 264-7200

Telephone (973) 680-9900
Telecopier (973) 680-9909
E-mail: *bianchilaw@bianchilaw.net*

Please reply to Bloomfield Office

*From the Desk of*
*Michael D. Werner, Esq.*
*ADMITTED TO NJ BAR & NY BAR*

April 8, 2008

The Honorable Stanley R. Chesler, U.S.D.J.
United Stated District Court
District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse, Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

**Re:** **USA v. Jaszczult**
**Case Number 08-1805**
**District Court Number: 2-07-cr-00067-1**

Dear Judge Chesler:

Enclosed please find a Consent Order regarding the return of the bail monies in the above referenced matter.

Apparently, when the bail was deposited with the clerk, I myself became a cosigner on the surety, along with the defendant's husband, George Powell. As such, I have signed this Consent Order indicating that I have no interest in this money in that the remainder of the surety should be returned in the defendant's name to George Powell, the other cosigner, less the sum of $45,248.99, which is to satisfy defendant's obligation to the United States of America pursuant to court judgment in civil number MISC 04-136.

The clerk's office is indicating that the bail will not be returned without a signed order indicating that, 1) I have no interest in the money, and 2) the remainder is to be paid after the judgment has been paid directly to the United States pursuant to the order as indicated above.

LAW OFFICES OF
ANGELO R. BIANCHI

If Your Honor has any questions or concerns, please do not hesitate to contact this office.

Respectfully submitted,

**Law Offices of Angelo R. Bianchi, LLC**

By: _____
     MICHAEL D. WERNER, ESQ.

MDW/lsg

Enclosure

cc:    Jonathan W. Romankow, Esq., Asst. U.S. Attorney
       Clerk, U.S. District Court
       Edward J. Bilinkas, Esq.
       George Powell